Janine S. Simerly (SBN 102361)
  *jss@millerlawgroup.com*
MILLER LAW GROUP
A Professional Corporation
111 Sutter Street, Suite 700
San Francisco, CA 94104
Tel. (415) 464-4300
Fax (415) 464-4336

Attorneys for Defendants
McCORMICK & SCHMICK RESTAURANT CORP.;
McCORMICK & SCHMICK'S SEAFOOD
RESTAURANTS, INC.; and LANDRY'S, INC.

Arlo Garcia Uriarte (SBN 231764)
Un Kei Wu(SBN 270058)
Ernesto Sanchez(SBN 278006)
Brent A. Robinson (SBN 289373)
LIBERATION LAW GROUP, P.C.
2760 Mission Street
San Francisco, CA 94110
Tel: (415) 695-1000
Fax:  (415) 695-1006

Attorneys for Plaintiff
MAUDELLE MITCHELL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Maudelle Mitchell,<br><br>             Plaintiff,<br><br>v.<br><br>McCormick & Schmick's Seafood Restaurants, Inc., Landry's Inc., and DOES 1-25,<br><br>             Defendants. | Case No.: C 14-04974 RS<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE FOR COMPLETION OF MEDIATION**<br><br>Complaint filed:  August 29, 2014<br>Trial Date: January 19, 2016 |

1   Plaintiff MAUDELLE MITCHELL ("Plaintiff") and Defendants McCORMICK &
2   SCHMICK RESTAURANT CORP., McCORMICK & SCHMICK'S SEAFOOD,
3   RESTAURANTS, INC., and LANDRY'S, INC. ("Defendants"), by and through their
4   respective undersigned attorneys, hereby stipulate and agree to continue the deadlines for
5   the parties to complete mediation in this matter.

7   WHEREAS, on November 10, 2014, Defendant removed this matter to this
8   Court from the Alameda Superior Court based on Diversity Jurisdiction;

10   WHEREAS, on February 19, 2015, the parties attended an Initial Case
11   Management Conference;

13   WHEREAS, on February 19, 2015, the Court issued a Case Management
14   Order setting the last day for the parties to hold mediation of this matter on June 19, 2015;

16   WHEREAS, on March 16, 2015, the Court filed a Notice of Appointment of
17   Mediator of JoAnne Dellaverson;

19   WHEREAS, Ms. Dellaverson is on vacation and unavailable for most of the
20   month of June;

22   WHEREAS counsel for the parties have conferred and all parties have agreed
23   to have the mediation on July 23, 2015;

25   WHEREAS, trial of this matter is not scheduled until January 19, 2016, and the
26   July 20 mediation date will have no impact on the trial date or any other pre-trial dates;

NOW, THEREFORE,

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs and Defendant, by and through their respective undersigned attorneys of record, to continue the last date to complete mediation from June 19, 2015 to July 31, 2015.

Good cause exists for this continuance of the existing date of the Court's Order for the reasons set forth above.

**IT IS SO STIPULATED.**

Dated: March 31, 2015                          LIBERATION LAW GROUP


By: _____/s/ Arlo Garcia Uriarte_____

Arlo Garcia Uriarte
Un Kei Wu
Ernesto Sanchez
Brent A. Robinson
Attorneys for Plaintiffs
MAUDELLE MITCHELL

Dated: March 31, 2015                          MILLER LAW GROUP
                                               A Professional Corporation



By: _____/s/ Janine S. Simerly_____
Janine S. Simerly
Attorneys for Defendants
McCORMICK & SCHMICK RESTAURANT CORP.; McCORMICK & SCHMICK'S SEAFOOD RESTAURANTS, INC.; and LANDRY'S, INC.

# [~~PROPOSED~~] ORDER

Having reviewed the Stipulation executed by Plaintiff MAUDELLE MITCHELL and Defendants McCORMICK & SCHMICK RESTAURANT CORP., McCORMICK & SCHMICK'S SEAFOOD, RESTAURANTS, INC., and LANDRY'S, INC., and good cause appearing, the Court hereby orders that:

- The deadline for the parties to complete the mediation of this matter through the Northern District ADR program is hereby continued from June 19, 2015 to July 31, 2015.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  4/1/15

_____
Hon. Richard Seeborg
District Judge

4849-6390-0706, v. 1