Arlo Garcia Uriarte, (SBN 231764)
Un Kei Wu, (SBN 270058)
Ernesto Sanchez, (SBN 278006)
Brent A. Robinson,(SBN 289373)
LIBERATION LAW GROUP, P.C.
2760 Mission Street,
San Francisco, CA 94110
Tel. (415) 695-1000
Fac.  (415) 695-1006
Attorney for Plaintiff
Maudelle Mitchell


Janine S. Simerly (SBN 102361)
  jss@millerlawgroup.com
Valerie Gerard (SBN 290732)
  VGerard@millerlawgroup.com
MILLER LAW GROUP
A Professional Corporation
111 Sutter Street, Suite 700
San Francisco, CA 94104
Tel. (415) 464-4300
Fax (415) 464-4336

Attorneys for Defendants
McCORMICK & SCHMICK RESTAURANT CORP.;
McCORMICK & SCHMICK'S SEAFOOD
RESTAURANTS, INC.; and LANDRY'S, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Maudelle Mitchell,<br><br>          Plaintiff,<br><br>v.<br><br>McCormick & Schmick's Seafood Restaurants Inc,, Landry's Inc., and DOES 1-25,<br><br>          Defendant. | Case No.: 3:14-CV-04974-RS<br><br>**STIPULATION FOR DISMISSAL AND [~~PROPOSED~~] ORDER**<br><br>Complaint filed:  December 5, 2014 |

1
**STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER
Case No.: 3:14-CV-04974-RS**

IT IS HEREBY STIPULATED AND AGREED by and between the parties to this action, by and through their respective counsel of record, that the entire action shall be dismissed with prejudice as to all parties pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Each party is to bear its own costs and fees.

The Clerk shall close the file. All deadlines are hereby VACATED.

Dated: June 10, 2015

MILLER LAW GROUP
A Professional Corporation

By: *Janine S. Simerly*
Janine S. Simerly
Attorney for Defendant
McCORMICK & SCHMICK RESTAURANT CORP.; McCORMICK & SCHMICK'S SEAFOOD RESTAURANTS, INC.; and LANDRY'S, INC.

Dated: June 10, 2015

LIBERATION LAW GROUP, P.C.

By: _____
Arlo Garcia Uriarte
Attorney for Plaintiff
Maudelle Mitchell

## ORDER

IT IS SO ORDERED.

Dated: 6/23, 2015

_____
RICHARD G. SEEBORG
United States Magistrate Judge